WILLIAM J. GEDDES
Nevada Bar No. 6984
THE GEDDES LAW FIRM, P.C.
8600 Technology Way, Suite 107
Reno, Nevada 89521
Phone: (775) 853-9455
Fax: (775) 299-5337
Email: Will@TheGeddesLawFirm.com
*Attorney for Plaintiff Hoefert*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL HOEFERT, an individual, | Case No. 3:16-cv-00002-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR MANDATORY MEDIATION CONFERENCE** |
| CARSON CITY CONSOLIDATED MUNICIPALITY, a Political Subdivision of the State of Nevada; *et al.* | |
| Defendants. | |

**I.     RECITALS**

1. WHEREAS, the above-captioned matter contains a professional negligence claim, and NRS 41A.081 requires all parties to a Professional Negligence claim to attend and participate in a pretrial settlement conference;

2. WHEREAS, the undersigned parties have conducted discovery in this case, but wish to attempt to conduct a mediation conference in this case, before scheduling additional depositions, in an effort to save litigation costs, should this case settle in a mediation conference; and

3. WHEREAS, the undersigned parties desire to request the Court's assistance in conducting such a mediation conference;

/ / /
/ / /
/ / /
/ / /
/ /

1

## II. STIPULATION

THEREFORE, the undersigned parties herein stipulate to request, and hereby do request, that the Court convene a mandatory mediation conference as contemplated by NRS 41A.081 in the above-captioned matter within the next 45-60 days, or as soon as convenient for the Court thereafter, and that the Court order that all parties to the action, the insurers of the respective parties, and the attorneys of the respective parties be required to attend and participate in a settlement conference, as further contemplated by NRS 41A.081.

DATED this 31st day of March, 2017

THE GEDDES LAW FIRM, P.C.

/s/ (signature)
_____
WILLIAM J. GEDDES
Nevada Bar No. 6984
8600 Technology Way, Suite 115
Reno, Nevada 89521

*Attorney for Plaintiff Hoefert*

DATED this 31st day of March, 2017

LEMONS, GRUNDY & EISENBERG

*Electronic Signature Authorized*
/s/
_____
ALICE CAMPOS MERCADO
Nevada Bar No. 4555
6005 Plumas Street, Third Floor
Reno, Nevada 89519

*Attorney for Defendant Physicians Select Management, LLC*

DATED this 31st day of March, 2017

LAURIA TOKUNAGA GATES & LINN, LLP

*Electronic Signature Authorized*
/s/
_____
ANTHONY D. LAURIA
Nevada Bar No. 4114
1755 Creekside Oaks Dr., Suite 240
Sacramento, California 95833

*Attorney for Defendant David Ramsey*

DATED this 31st day of March, 2017

THORNDAL ARMSTRONG, DELK BALKENBUSH & EISENGER

*Electronic Signature Authorized*
/s/
_____
Katherine F. Parks, Esq.
Nevada Bar No. 6227
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509

*Attorney for Defendants Carson City, Ken Furlong, Terrance Burnham, Aric Sitton, and Jason Wildblood*

**ORDER**

THE COURT, having reviewed the preceding *Stipulation* and GOOD CAUSE APPEARING THEREFOR, GRANTS the relief requested therein. The COURT will convene a mandatory mediation conference in the above-captioned matter, within the next 45-60 days or as soon as practicable thereafter, and all parties to the action, the insurers of the respective parties, and the attorneys of the respective parties shall be required to attend and participate in this mediation conference, as contemplated by NRS 41A.081. The Court will subsequently issue a scheduling order for the mediation conference.

**IT IS SO ORDERED**.

DATED: April 3, 2017

_____
HON. WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

The Geddes Law Firm, P.C.
8600 Technology Way, Suite 107
Reno, NV 89521
Phone 775-853-9455

3